## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DONALD HORTON,                                      Case No. 1:11-cv-90
    Plaintiff,

                                                 Spiegel, J.
    vs.                                            Litkovitz, M.J.

COMMISSIONER OF                                     **ORDER**
SOCIAL SECURITY,
    Defendant.


This civil action is before the Court pursuant to the Court's April 5, 2012 Order to Show

Cause (Doc. 14) and plaintiff's response. (Doc. 15). Plaintiff responds that his delay in re-filing

his appeal results from his need to review the transcript of the administrative proceedings prior to

filing. The undersigned finds that plaintiff has shown good cause for his delay and hereby

**DIRECTS** defendant, the Commissioner of Social Security, to file a certified copy of the

administrative record, including the transcript, within **SIXTY (60) DAYS** of the filing date of

this Order. The deadlines for the parties' subsequent filings are controlled by this Court's

Magistrate Judge's General Order Concerning Social Security Appeals.


    **IT IS SO ORDERED.**

Date: 4/30/12

                                                          Karen L. Litkovitz
                                                           United States Magistrate Judge